UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TAURUS DARNELL GREGORY** | **CIVIL ACTION** |
| **VERSUS** | **NO. 05-343** |
| **WARDEN JAMES D. MILLER, JR., ET AL.** | **SECTION "I" (3)** |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the motion for summary judgment filed by Warden James D. Miller, Jr., is **GRANTED** and that the claim against that defendant is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies pursuant to 42 U.S.C. § 1997e(a), but with prejudice for the purpose of proceeding *in forma pauperis* pursuant to 28 U.S.C. § 1915.

New Orleans, Louisiana, this \_\_\_\_13th\_\_\_\_ day of June, 2006.

_____
UNITED STATES DISTRICT JUDGE