UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TAURUS DARNELL GREGORY** | **CIVIL ACTION** |
| **VERSUS** | **NO. 05-343** |
| **WARDEN JAMES D. MILLER, JR., ET AL.** | **SECTION "I" (3)** |

### <u>O R D E R</u>

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's remaining claims are **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

New Orleans, Louisiana, this ____10th____ day of August, 2006.

_____
UNITED STATES DISTRICT JUDGE